# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00062-CV

**Michael L. Williams, State Commissioner of Education; and The Texas Education Agency, Appellants**

**v.**

**North Forest Independent School District, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GV-12-000940, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In this interlocutory appeal from an order denying appellants' plea to the jurisdiction, appellee North Forest Independent School District has filed an unopposed motion to dismiss, advising that it has non-suited all of its claims in the underlying trial court proceeding and that this appeal, consequently, is moot. We grant appellee's unopposed motion and dismiss the appeal. *See* Tex. R. App. P. 42.3(a).

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Rose

Dismissed as Moot

Filed: June 21, 2013